# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS HENDERSON, et al.** **Plaintiffs,** v. **NATIONAL FOOTBALL LEAGUE, , et al.,** **Defendants.** | Case No. 2:12-cv-03534-AB |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jason E. Luckasevic on behalf of all Plaintiffs in the above-captioned action.

Dated: July 11, 2012

By: s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
1030 Fifth Avenue
Pittsburgh, PA 15219
Telephone: (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System on this 11th day of July, 2012.

                                              s/ *Jason E. Luckasevic*
                                              Jason E. Luckasevic, Esquire